```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 35973
   DYRAL STEVE LOVE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6834

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 09/07/2005 and was confirmed 10/19/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 06/23/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED           .00             .00            .00
INTERNAL REVENUE SERVICE UNSECURED         112.85            .00         112.85
INTERNAL REVENUE SERVICE PRIORITY         2177.19            .00        2177.19
ILLINOIS DEPT OF REVENUE PRIORITY          180.60            .00         180.60
AT & T BANKRUPCTY        UNSECURED      NOT FILED            .00            .00
BENOTE EVANS             UNSECURED      NOT FILED            .00            .00
STATE FARM               NOTICE ONLY    NOT FILED            .00            .00
STATE FARM               UNSECURED        4127.66            .00        4127.66
ROUNDUP FUNDING LLC      UNSECURED         978.41            .00         978.41
HSBC                     UNSECURED      NOT FILED            .00            .00
PLASTIC SURGERY & HAND S UNSECURED      NOT FILED            .00            .00
RETAILERS NATIONAL BANK  UNSECURED      NOT FILED            .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED            .00            .00
RISK MANAGEMENT ALTERNAT NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS SECRETARY OF ST NOTICE ONLY    NOT FILED            .00            .00
STEADMAN REALITY CO      UNSECURED      NOT FILED            .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                          696.68
DEBTOR REFUND            REFUND                                           280.89

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            11,254.28

PRIORITY                                    2,357.79
SECURED                                          .00
UNSECURED                                   5,218.92
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          696.68
DEBTOR REFUND                                 280.89

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35973 DYRAL STEVE LOVE
```

```
                               ---------------    ---------------
TOTALS                              11,254.28         11,254.28
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```